Official Form 8
(12/03)

# United States Bankruptcy Court
## District of Massachusetts

In re: **James S. Gregson**  
Debtor(s)

Case No. **05-22857**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. Property to Be Surrendered.

   **Description of Property**  
   -NONE-

   **Creditor's name**

   b. Property to Be Retained

   *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 11 Wicker Lane Wakefield, MA 01880 | National City Bank | | | X |

Date **11/18/05**

Signature: *James S. Gregson*  
Debtor